UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY MAURICE BELFIELD,<br>   Petitioner,<br>   v.<br>M. E. SPEARMAN,<br>   Respondent. | Case No. 19-cv-05819-HSG<br><br>**ORDER GRANTING SECOND EXTENSION OF TIME TO ANSWER ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 15 |

Good cause being shown, respondent's second request for an extension of time to answer the Court's order to show cause is GRANTED. Dkt. No. 15. By June 19, 2020, respondent shall file an answer to the Order to Show Cause. If petitioner wishes to respond to the answer, he shall do so by filing a traverse and serving it on respondent's counsel within thirty (30) days of the date the answer is filed.

This order terminates Dkt. No. 15.

**IT IS SO ORDERED.**

Dated: 4/29/2020

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge