UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIJAH MATTHEW HALL, <br>     Petitioner, <br> v. <br> PATRICK COVELLO, <br>     Respondent. | Case No. 19-cv-08314-HSG <br><br> **JUDGMENT** |

The instant petition for a writ of habeas corpus is DENIED as untimely, and a certificate of appealability is DENIED. The Clerk shall enter judgment in favor of respondent and close the file.

**IT IS SO ORDERED.**

Dated: 9/28/2020

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge